1  Carney R. Shegerian, Esq., State Bar No. 150461
   CShegerian@Shegerianlaw.com
2  Mahru Madjidi, Esq., State Bar No. 297906
   MMadjidi@Shegerianlaw.com
3  SHEGERIAN & ASSOCIATES, INC.
   11520 San Vicente Boulevard
4  Los Angeles, California 90049
   Telephone Number:    (310) 860-0770
5  Facsimile Number:    (310) 860-0771

6  Attorneys for Plaintiff,
   LETITIA PEYPOCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETITIA PEYPOCH,<br><br>　　　Plaintiff,<br><br>vs.<br><br>HEIDRICK & STRUGGLES, INC., BUSINESS TALENT GROUP, LLC, and CONOR MILLER; DOES 1 to 100, inclusive,<br><br>　　　Defendants. | Case No.:  2:24-cv-01112<br><br>**The Honorable Sherilyn Peace Garnett**<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: December 21, 2023 |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff, Letitia Peypoch, and Defendants Heidrick & Struggles, Inc., Business Talent Group, LLC, and Conor Miller (collectively, the "Defendants"), have reached a settlement of all claims in this matter. Pending the occurrence of certain conditions precedent, the parties expect to file a notice of dismissal no later than November 21, 2024.

Dated: September 3, 2024

SHEGERIAN & ASSOCIATES, INC.

By: _____
Mahru Madjidi, Esq.

Attorneys for Plaintiff,
LETITIA PEYPOCH

**DOE v. HEIDRICK & STRUGGLES, INC., et al.**          **CASE NO.: 2:24-cv-01112-CBM-PVC**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

    I am an employee in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 3764 Elizabeth Street, Riverside, California 92506.

    On September 3, 2024, I served the foregoing document, described as **"NOTICE OF SETTLEMENT"** on all interested parties in this action as follows:

**Tina Tellado, Esq.**
**ttellado@polsinelli.com**
**Austin Schulz, Esq.**
**aschulz@polsinelli.com**
**Polsinelli**
**2049 Century Park East, Suite 2900**
**Los Angeles, CA 9006**
**docketing@polsinelli.com**

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on September 3, 2024, at Riverside, California

                                                            */s/ Delmy Garcia*
                                                             Delmy Garcia