Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number:     (310) 860-0770
Facsimile Number:     (310) 860-0771

Attorneys for Plaintiff,
LETITIA PEYPOCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETITIA PEYPOCH,<br><br>　　Plaintiff,<br><br>vs.<br><br>HEIDRICK & STRUGGLES, INC., BUSINESS TALENT GROUP, LLC, and CONOR MILLER; DOES 1 to 100, inclusive,<br><br>　　Defendants. | Case No.: 2:24-cv-01112-SPG-MRW<br><br>**The Honorable Sherilyn Peace Garnett**<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Removal Filed: February 08, 2024<br>Complaint Filed: December 21, 2023 |

Plaintiff Letitia Peypoch, through her undersigned counsel, here dismisses the above-captioned action with prejudice in its entirety pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

Dated: October 7, 2024         SHEGERIAN & ASSOCIATES, INC.

By: _____
Mahru Madjidi, Esq.
Carney R. Shegerian, Esq.

Attorneys for Plaintiff,
LETITIA PEYPOCH

**PEYPOCH V HEIDRICK AND STRUGGLES, INC. ET AL**         **USDC CASE NO.: 2:24-cv-01112-SPG-MRW**

## PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 S. Spring Street, Ste. 400, Los Angeles California 90012.

On October 7, 2024, I served the foregoing document, described as **"PLAINTIFF'S REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE"** on all interested parties in this action as follows:

**Christina Tellado, Esq.**
**Ttellado@polsinelli.com**
**Austin Schulz, Esq.**
**Aschulz@polsinelli.com**
**POLSINELLI LLP**
**2049 Century Park East, Suite 2900**
**Los Angeles, CA 90067**
**sbegley@polsinelli.com**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 7, 2024, at Los Angeles, California.

_____
Rebecca Vasquez